Gertrude H. Doughty, Plaintiff, v. Elwood W. Baker, Defendant.— Judgment for defendant, without costs, upon agreed statement of facts, on the authority of *Lyons* v. *Ostrander* (167 N. Y. 135). Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

William F. Durst and George H. Durst, Respondents, v. Dickran M. Sarkisian and Charles W. Ellis, Appellants, Impleaded with Harry Lawrence and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds (1) that the Drapery Hardware Manufacturing Company is not a party defendant to this action; and (2) that it does not appear that the books and papers of which inspection and discovery is sought contain any entries relating to the merits of this action. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Emmet Edgerton and Daniel P. Ritchey, Appellants, v. Evelyn M. Dawson and Others, Respondents.— Judgment modified by striking therefrom the words "upon the merits," and as so modified affirmed, without costs of this appeal. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sigmund Einstoss, Appellant, v. Jacob Seltzerman, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Mary C. Flynn and Others, Respondents, v. John C. Judge, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

William A. Hufman, Sr., Respondent, v. Daniel F. Shea, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Catharine Johnston, Deceased.— Decree of the Surrogate's Court of Kings county affirmed by default, with costs. Jenks, P. J., Hirschberg, Carr, Woodward and Rich, JJ., concurred.

In the Matter of Supplementary Proceedings. Jacob Rosenthal, Respondent, v. Joseph Albert, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Matter of Ward* v. *Stoddard* (144 App. Div. 143). Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

In the Matter of Andrew H. Smith, an Incompetent Person. Gilbert T. Smith and Others, Appellants; Ellsworth Smith, Respondent.— Order of the County Court of Orange county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

In the Matter of Jennie Perkins Williams, an Alleged Incompetent Person, Appellant. Frederick W. Sandford, Respondent. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

In the Matter of Jennie Perkins Williams, an Alleged Incompetent Person, Appellant. Frederick W. Sandford and Franklin Trust Company,